| Xavier R. Donaldson<br>Anthony S. Chilliest<br><br>*Member NY & NJ Bars | **DONALDSON & CHILLIEST, LLP**<br>Attorneys at Law<br>1825 Park Avenue, Suite 1102<br>New York, New York 10035<br>Telephone: (212) 722-4900<br>Facsimile: (212) 722-4966 | Ozro Thaddeus Wells<br>Paula Brown Donaldson<br>Jaye Ballard<br>Jason Foy*<br>Of Counsel |
|---|---|---|

August 24, 2018

**ECF**

Honorable Paul A. Engelmayer
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States v. Shamsu Fofanu,*
       17 Cr 631 (PAE)

Your Honor,

  As the Court aware, I represent the above-captioned Defendant. Mr. Fofanu is currently scheduled to be sentenced on September 10, 2018. With the consent of the Government, we are respectfully requesting his sentencing be adjourned to any day after September 25, 2018 as I am currently scheduled to begin two (2) trials in Bronx County State Court.

  Thank you in advance for your consideration.

                Sincerely,

                DONALDSON & CHILLIEST, LLP

                Xavier R. Donaldson, Esq.